COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C 1983

NAME ___WEAVER___   ___WILLIE___   _____
       (LAST)         (FIRST)      (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY CA. 95531__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__WILLIE WEAVER__
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

CASE NO _____
(TO BE PROVIDED BY THE CLERK OF COURT)

CV 08 2257 JW (PR)

VS.

__CORRECTIONAL OFFICER DANIAL__

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT
   P.V.S.Y

B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )

D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE, BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

PLAINTIFF IS CONSTANTLY BEING HARRASSED BY CORRECTIONAL OFFICER DANIAL ON 04/03/08 CORRECTIONAL OFFICER STAIRING IN CELL FOR OVER TWO MINUTES, AFTER FEEDING BREAKFAST HE SLAMED THE TRAY SLOT, THIS CORRECTIONAL OFFICER CONTINUE HARRASSING PLAINTIFF THE DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT.

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU, MAKE NO LEGAL ARGUMENTS CITE NO CASES OR STATUTES.
LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: HARRASSMENT'S, CONSPIRACYS, U.S. CONSTITUTION VIOCATION,
PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENTAL ANGUISH, STRESS DISORDER.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
SIGNED THIS ___04___ day of __23 20 08__
COMPLAINT        - 3 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
   YES ( )    NO (X)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIVANCE PROCEDURE. EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS. IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION AND HIS OR HER PLACE OF EMPLOYMENT. CORRECTIONAL OFFICER DANIAL PELICAN BAY STATE PRISON

COMPLAINT - (2) -

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM Z

CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE
UNITED STATES
COURT NORTH
DISTRICT OF CA
450 GOLDEN G
AVENUE

9410283661 0004